IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| COY STOKES, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. CV415-021 |
| FUN ZONE AMUSEMENT & SPORTS PARKS, | ) ) ) | |
| Defendant. | ) ) | |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 13.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of October 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA